writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Benjamin S., Grosscup, Arthur E. Griffin,* and *Walter Schaffner* for petitioners. *Mr. Cassius E. Gates* for respondents.

No. 597. SOUTHERN RY. CO. *v.* EDGERTON. February 13, 1933. Petition for writ of certiorari to the Supreme Court of North Carolina denied. *Messrs. Sidney S. Alderman, R. C. Kelly,* and *S. R. Prince* for petitioner. *Mr. J. M. Edgerton, pro se.*

No. 598. DOUGHNUT MACHINE CORP. *v.* DEMCO, INC. ET AL.; and

No. 599. SAME *v.* JOE-LOWE CORP. ET AL. February 13, 1933. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Henry N. Paul* and *Frank B. Fox* for petitioner. *Messrs. Edwin F. Samuels* and *Charles Markell* for respondents.

No. 600. NICHOLSON, RECEIVER, *v.* WESTERN LOAN & BLDG. CO. ET AL. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. H. W. O'Melveny* and *Walter K. Tuller* for petitioner. *Mr. W. W. Ray* for respondents.

No. 604. O'SHAUGHNESSY, EXECUTRIX, *v.* COMMISSIONER OF INTERNAL REVENUE. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Joseph P. Tumulty* and *Walter E. Barton* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,*

and *Messrs. Whitney North Seymour, John MacC. Hudson, J. P. Jackson,* and *Erwin N. Griswold* for respondent.

No. 606. STILLWELL THEATRE, INC. *v.* KAPLAN; No. 607. ROSEKAY AMUSEMENT CORP. *v.* SAME; and No. 608. WINDSOR CIRCUIT CORP. *v.* SAME. February 13, 1933. Petition for writs of certiorari to the Supreme Court of New York denied. *Mr. David P. Siegel* for petitioners. No appearance for respondent.

No. 610. DOBRA *v.* LINDSEY, U. S. IMMIGRATION INSPECTOR. February 13, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John L. Darrouzet* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Harry S. Ridgely,* and *Wm. H. Riley, Jr.,* for respondent.

No. 612. INDUSTRIAL COMMISSION ET AL. *v.* ILLINOIS CENTRAL R. Co. February 13, 1933. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Mr. Edwin W. Sims* for petitioners. *Messrs. R. V. Fletcher* and *Edward C. Craig* for respondent.

No. 622. NEELY *v.* STACY ET AL. February 13, 1933. Petition for writ of certiorari to the Court of Errors and Appeals of New Jersey denied. *Messrs. M. Casewell Heine* and *George Gordon Battle* for petitioner. *Mr.*